UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT LEE MURRAY, as Leviticus Lucfer et al. Tribe of Shabazz descendent of Hebrew slaves,<br><br>              Plaintiff,<br><br>  -against-<br><br>DONALD TRUMP INC.; JOHN DOE CORPORATION, Built of the back of slavey; JOHN DOE; DONALD TRUMP,<br><br>              Defendants. | 22-CV-7924 (LTS)<br><br>ORDER OF DISMISSAL |

LAURA TAYLOR SWAIN, Chief United States District Judge:

Plaintiff, who is currently detained on Rikers Island, brings this *pro se* action under 42 U.S.C. § 1983, alleging that Defendants, including former President Donald Trump, violated his rights. For the following reasons, the complaint is dismissed.

Plaintiff has previously submitted to this court a duplicate complaint against Defendants alleging the same set of facts. That case is pending before the Court under docket number 22-CV-7743 (LTS). Because this complaint raises the same claims, no useful purpose would be served by the litigation of this duplicate lawsuit. Therefore, this complaint is dismissed without prejudice to Plaintiff's pending case under docket number 22-CV-7743.

In light of the Court's belief that Plaintiff may have submitted this duplicate complaint in error, the Court directs the Clerk of Court not to charge Plaintiff the $350.00 filing fee for this action, and the Warden or Superintendent having custody of Plaintiff shall not deduct or encumber funds from Plaintiff's prison trust account for this lawsuit.

### CONCLUSOIN

The Court dismisses Plaintiff's complaint as duplicative of No. 22-CV-7743.

The Court directs the Clerk of Court not to charge Plaintiff the $350.00 filing fee for this action.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

The Court directs that judgment be issued.

SO ORDERED.

Dated:   September 16, 2022
         New York, New York

                                              /s/ Laura Taylor Swain
                                              LAURA TAYLOR SWAIN
                                              Chief United States District Judge