UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT LEE MURRAY, as Leviticus Lucfer et al. Tribe of Shabazz descendent of Hebrew slaves,<br><br>                          Plaintiff,<br><br>-against-<br><br>DONALD TRUMP INC.; JOHN DOE CORPORATION, Built of the back of slavey; JOHN DOE; DONALD TRUMP,<br><br>                         Defendants. | 22-CV-7924 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the September 16, 2022, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   September 16, 2022
           New York, New York

                                                            /s/ Laura Taylor Swain
                                                            LAURA TAYLOR SWAIN
                                                     Chief United States District Judge